IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CELLMARK PULP & PAPER, INC.,

    Plaintiff

    v.

IMPRESOS QUINTANA, INC.

    Defendant

CIVIL NO. 09-1566 (JP)

### FINAL JUDGMENT

The parties hereto have informed the Court that they have settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR THE PLAINTIFF TO HAVE AND RECOVER THE AMOUNT OF $194,166.36,** plus interest accrued at 1.5% monthly since December 2008.  This judgment will cover all claims asserted in the complaint and any and all damages arising from the events described therein.  This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of September, 2009.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| _____ | _____ |
| CARLOS M. HERNANDEZ-BURGOS | WIGBERTO LUGO-MENDER |